■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NERON DOZIER, Appellant. [20 NYS3d 900]—Appeal by the defendant from a resentence of the Supreme Court, Queens County (Hollie, J.), imposed October 3, 2012, upon his convictions of murder in the second degree, reckless endangerment in the first degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, the resentence being periods of postrelease supervision in addition to the determinate terms of imprisonment previously imposed on June 21, 2001.

Ordered that the resentence is affirmed.

Since the defendant had not yet completed his originally imposed sentence of imprisonment when he was resentenced, his resentencing to include the statutorily required periods of postrelease supervision did not subject him to double jeopardy or violate his right to due process of law (*see People v Lingle*,

16 NY3d 621 [2011]; *People v Harrison*, 112 AD3d 967 [2013]; *People v Hernandez*, 110 AD3d 918, 919 [2013]; *People v Rogers*, 105 AD3d 776 [2013]). Mastro, J.P., Hall, Sgroi and Duffy, JJ., concur.